UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Durubio, Anthony Michael | Docket No. | 2:20CR00024-SAB-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Anthony Michael Durubio, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 11th day of June 2020, under the following conditions:

**Additional Condition #28:** Home Detention: Defendant shall be restricted to his residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Anthony Michael Durubio is alleged to have violated his conditions of pretrial release supervision by failing to return to his residence at the approved time and being in an unauthorized location on October 14, 2020.

On June 12, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Durubio. Mr. Durubio acknowledged an understanding of the release conditions, which included additional condition number 28.

On October 14, 2020, Mr. Durubio was authorized to be away from his residence from 8 a.m. to 7 p.m. for work purposes. Mr. Durubio failed to return to his residence on October 14, 2020, by 7 p.m., but returned at approximately 7:47 p.m.

Mr. Durubio is currently being monitored through global positioning systems (GPS) technology. Upon reviewing Mr. Durubio's GPS mapping, it appeared he was at a residence approximately 1 block from his home on October 14, 2020, from approximately 5:57 p.m. to 7:47 p.m. The undersigned officer confronted Mr. Durubio about being away from his residence beyond 7 p.m., which was approved for work purposes. Mr. Durubio admitted he attended a family friend's birthday party on that date and time.

In response to Mr. Durubio being present at a non work-related event and arriving home late, the undersigned officer advised Mr. Durubio of the expectations of home detention. Mr. Durubio acknowledged he understood the expectations of home detention.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   October 22, 2020 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
**Re: Durubio, Anthony Michael**
**October 22, 2020**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____October 23, 2020_____
Date